SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
GURI GONZALEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TALINE KARALEKIAN D/B/A TIFFANY'S ALTERATION & DRY; 455 W. BROADWAY, LLC; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:24-cv-06290-JFW (SSCx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TALINE KARALEKIAN D/B/A TIFFANY'S ALTERATION & DRY** |

**PLEASE TAKE NOTICE** that Plaintiff GURI GONZALEZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant TALINE KARALEKIAN D/B/A TIFFANY'S ALTERATION & DRY ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: November 20, 2024    SO. CAL. EQUAL ACCESS GROUP

By:  /s/  Jason J. Kim
     Jason J. Kim
     Attorneys for Plaintiff